# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL NO. 5:04CV62-H

| | |
|---|---|
| ALLISON T. CLARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BELFOR USA GROUP, INC., )<br>)<br>Defendant. )<br>)<br>_____ ) | **ORDER STAYING PROCEEDINGS**<br>**AND COMPELLING ARBITRATION** |

**THIS MATTER** is before the Court on the parties' "Consent Motion to Stay Action and Compel Arbitration" (document #23) filed November 11, 2005.

The parties report that they have agreed to submit their dispute to binding arbitration as reflected in the "Arbitration Agreement," dated October 28, 2005, and attached to the subject motion as "Exhibit A." Moreover, they request that the undersigned <u>remove</u> this case from its present trial setting for the Court's November 14, 2005 Civil term, <u>compel</u> the parties to arbitrate this matter as they have agreed to do, and <u>stay</u> this action pending the outcome of the arbitration proceeding.

**NOW THEREFORE, IT IS HEREBY ORDERED**:

1. The parties' "Consent Motion to Stay Action and Compel Arbitration" (document #23) is **GRANTED**.

2. This matter is **STAYED** pending arbitration and further Orders of this Court.

3. The parties are **ORDERED** to arbitrate their dispute as provided by their Arbitration Agreement, noted above, and to report the result of the arbitration to the Court within 30 days of issuance of an arbitrator's award or other resolution of this matter.

4. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

**Signed: November 14, 2005**

*Carl Horn, III*
---
Carl Horn, III
United States Magistrate Judge